E-FILED
Tuesday, 04 October, 2005  02:14:47 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

FILED
OCT 04 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

| | |
|---|---|
| CHARLES LEE GREEN | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) 05-2222 |
| | ) |
| v. | ) |
| | ) |
| ILLINOIS POWER COMPANY, Veta Rudolph Lieke, | ) |
| William "Bill" Pray, George Aufmuth, Myron Kumler, | ) |
| Ken Justice, Rod Hilburn, Mike Crandall, Francis Walsh | ) |
| International Brotherhood of Electrical Workers (IBEW) | ) |
| And Travelers Insurance of Illinois | ) |
| | ) |
| Defendants | ) |

The cause of action in this case raises an issue of federal law. Equitable relief sought.

**PLAINTIFF, CHARLES GREEN'S MOTION FOR LEAVE OF COURT TO FILE COMPLAINT**

Plaintiff, Charles Green request leave of court to file his complaint against the named defendant in caption. This is a timely filed complaint. Plaintiff is being represented Pro se.
Plaintiff has received his right to sue letter from the EEOC. A Copy of his complaint, EEOC charge 21BA401318 and Dismissal and notice of rights is attached. The EEOC charge 21BA401318 was dismissed on July 13, 2005 today's date is October 4, 2005 therefore, this is a timely filed complaint.

Respectfully submitted by,

*/s/ C.G.*

**Plaintiff**
Charles Green
Pro se
520 Monterey
Danville, Illinois 61832
217-446-1724