**E-FILED**
Tuesday, 04 October, 2005  02:16:25 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT 2

# CHARGE OF DISCRIMINATION

| | |
|---|---|
| This form is affected by the Privacy Act of 1974: See Privacy act statement before completing this form. | **AGENCY** |

| | |
|---|---|
| 04M0107.02 | [X] IDHR [X] EEOC |

**CHARGE NUMBER**

2004SF2476

## Illinois Department of Human Rights and EEOC

| NAME *(indicate Mr., Ms., Mrs.)* | HOME TELEPHONE *(include area code)* |
|---|---|
| CHARLES GREEN | 217-446-1724 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| 520 MONTEREY | DANVILLE, IL 61832 | 00/00/00 |

**NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME** *(IF MORE THAN ONE, LIST BELOW)*

| NAME | NUMBER OF EMPLOYEES, MEMBERS 15+ | TELEPHONE *(include area code)* |
|---|---|---|
| ILLINOIS POWER COMPANY | | 217 425 6198 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 500 SOUTH 27TH STREET | DECATUR, IL 62525 | 183 |

| NAME | TELEPHONE *(include area code)* |
|---|---|
| | |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| | | |

| CAUSE OF DISCRIMINATION BASED ON: | DATE OF DISCRIMINATION |
|---|---|
| RACE          RETALIATION | EARLIEST (ADEA/EPA)   LATEST (ALL) <br> /  /        10/01/2003 <br> [ ] CONTINUING ACTION |

**THE PARTICULARS ARE** *(if additional space is needed attach extra sheet(s))*

I.    A.    ISSUE/BASIS

DENIAL OF BENEFITS - JULY, 2003 BECAUSE OF MY RACE, BLACK

B.    PRIMA FACIE ALLEGATIONS

1.    My race is black.

2.    My job performance as a Substation Electrician met Respondent's standards. I was hired by Respondent on January 7, 1991.

3.    In July, 2003, I injured my left leg during normal working hours. I was taken to Respondent's clinic by Bill Pray (non-black), Supervisor. I was diagnosed with bruised bones and the doctor recommended that I attend at least two therapy sessions.

Cont'd...

| | |
|---|---|
| [X] I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY *(when necessary for State and Local Requirements)* <br> *Linda Scott*   3/9/04 |
| I declare under penalty of perjury that the foregoing is true and correct | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief |
| **OFFICIAL SEAL** <br> **LINDA SCOTT** <br> NOTARY PUBLIC, STATE OF ILLINOIS <br> MY COMMISSION EXPIRES 11-6-2007 <br> Notary Public Seal | SIGNATURE OF COMPLAINANT          DATE <br> X *Chas Green*   Mar 9, 2004 <br> SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE <br> (Day, month, year) |

(6/00)          FEP9KIM3

Complainant Name:    **CHARLES GREEN**

Charge Number:        2004SF2476

Page 2

 

    4.     My therapy sessions were denied by Respondent.   No reason was given by Respondent for the denial.

    5.     A similarly situated non-black, employee, Rick Collins was treated differently under similar circumstances.

II.  A.    ISSUE/BASIS

DENIAL OF BENEFITS - JULY, 2003, IN RETALIATION FOR OPPOSING UNLAWFUL DISCRIMINATION

    B.    PRIMA FACIE ALLEGATIONS

    1.     I engaged in a protected activity by filing a complaint and participating in an investigation opposing that which I reasonably and in good faith believed to be unlawful discrimination based on my race, black.

    2.     In July, 2003, I was diagnosed with bruised bones.  It was recommended by Respondent's doctor that I attend two therapy sessions.  My therapy sessions were denied by Respondent.  No reason was given by Respondent for the denial.

    3.     The adverse action followed my protected activity within such a period of time as to raise an inference of retaliatory motivation.

III.  A.    ISSUE/BASIS

UNEQUAL TERMS AND CONDITIONS OF EMPLOYMENT - JULY 25, 2003 THROUGH OCTOBER, 2003, BECAUSE OF MY RACE, BLACK

    B.    PRIMA FACIE ALLEGATIONS

    1.     My race is black.

    2.     My job performance as a Substation Electrician met Respondent's standards.  I was hired by Respondent on January 7, 1991.

Cont'd...

Complainant Name:    **CHARLES GREEN**

Charge Number        **2004SF2476**

Page 3

3.   From July 2003, through October, 2003, I was subjected to unequal terms and conditions of employment, in that, when Respondent reopened their Danville, IL., facility, I was the only Electrician not included in the move.   On a regular basis I drove from my home in Danville, IL., to Respondent's Champaign, IL., facility and then back to Danville, IL., to work.

4.   Similarly situated non-black, Electricians, Jim Bandercroft, Rick Collins, Jim Roeni and Larry Paston, were treated differently under similar circumstances.

III. A.   ISSUE/BASIS

UNEQUAL TERMS AND CONDITIONS OF EMPLOYMENT - JULY 25, 2003 THROUGH OCTOBER, 2003, IN RETALIATION FOR OPPOSING UNLAWFUL DISCRIMINATION          -

B.   PRIMA FACIE ALLEGATIONS

1.   I engaged in a protected activity by filing a complaint and participating in an investigation opposing that which I reasonably and in good faith believed to be unlawful discrimination based on my race, black.

2.   From July 2003, through October, 2003, I was subjected to unequal terms and conditions of employment, in that, when Respondent reopened their Danville, IL., facility, I was the only Electrician not included in the move.   On a regular basis I drove from my home in Danville, IL., to Respondent's Champaign, IL., facility and then back to Danville, IL., to work.

3.   The adverse action followed my protected activity within such a period of time as to raise an inference of retaliatory motivation.

Cont'd...

Complainant Name:  **CHARLES GREEN**

Charge Number:     **2004SF2476**

Page 4

IV.   A.   ISSUE/BASIS

REDUCTION IN PAY - OCTOBER, 2003, BECAUSE OF MY RACE, BLACK

  B.   PRIMA FACIE ALLEGATIONS

1.   My race is black.

2.   My job performance as a Substation Electrician met Respondent's standards.  I was hired by Respondent on January 7, 1991.

3.   In October, 2003, I was the only Substation Electrician that had to take a reduction in pay in order to be reassigned to Respondent's Danville, IL. facility.  The reason given by Respondent for the reduction in pay was that my position was created. -

4.   Similarly situated non-black, Electricians, Jim Bander-croft, Rick Collins, Jim Roeni and Larry Paston, did not have to take a reduction in pay when they were reassigned to the Danville, IL., facility.

V.   A.   ISSUE/BASIS

REDUCTION IN PAY - OCTOBER, 2003, IN RETALIATION FOR OPPOSING UNLAWFUL DISCRIMINATION

  B.   PRIMA FACIE ALLEGATIONS

1.   I engaged in a protected activity by filing a complaint and participating in an investigation opposing that which I reasonably and in good faith believed to be unlawful discrimination based on my race, black.

2.   In October, 2003, I had to take a reduction in pay to be reassigned to Respondent's Danville, IL. location.  The reason given by Respondent for the reduction in pay was that my position was created.

3.   The adverse action followed my protected activity within such a period of time as to raise an inference of retaliatory motivation.

MEE/