E-FILED
Monday, 28 November, 2005  01:36:49 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| CHARLES LEE GREEN,             )<br>                                )<br>     **Plaintiff,**                )<br>                                )<br>v.                              )<br>                                )<br>ILLINOIS POWER COMPANY, Veta Rudolph Lieke,   )<br>William "Bill" Pray, George Aufmuth, Myron Kumler, )<br>Ken Justice, Rod Hilburn, Mike Crandall, Francis Walsh, )<br>International Brotherhood of Electrical Workers (IBEW ), )<br>And Travelers Insurance of Illinois,           )<br>                                )<br>     **Defendants.**             ) | Cause No. 05-2222 |

### ENTRY OF APPEARANCE FOR LOCAL 51, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, AFL-CIO

COMES NOW Arthur J. Martin of the law firm of Schuchat, Cook & Werner and enters his appearance on behalf of Local 51, International Brotherhood of Electrical Workers, AFL-CIO (hereinafter "Local 51"). It appears from the content of Plaintiff's Complaint, the address of the IBEW in his Complaint and the fact that he sent the Waiver of Service of Summons to Local 51, that he is seeking to sue Local 51. Accordingly, the undersigned has waived the service of summons on Local 51 and enters his appearance on behalf of Local 51 only.

The undersigned does not enter his appearance on behalf of the International Brotherhood of Electrical Workers, which is a separate organization distinct from Local 51. The undersigned does not represent the International Brotherhood of Electrical Workers and is not authorized to accept or waive service of summons on its behalf.

1

        Respectfully submitted,

        SCHUCHAT, COOK & WERNER


          /s/Arthur J. Martin
        Arthur J. Martin (IL Reg. #07368982)
        1221 Locust Street, Second Floor
        St. Louis, MO 63103-2364
        (314) 621-2626
        FAX: 314-621-2378


## CERTIFICATE OF SERVICE

     A copy of the foregoing Entry of Appearance on behalf of Local 51, IBEW was electronically filed with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed a copy of same by the United States Postal Service, postage pre-paid this 28th day of November, 2005 to:

| | |
|---|---|
| Kim A. Leffert | Charles L. Green |
| Mayer Brown Rowe & Maw LLP | 520 Monterey |
| 715 Wacker Drive | Danville, IL 61832 |
| Chicago, IL 60606 | |

          /s/Arthur J. Martin
        Arthur J. Martin

279213.WPD