### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| CHARGES LEE GREEN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ILLINOIS POWER COMPANY, Veta Rudolph Lieke, ) <br> William "Bill" Pray, George Aufmuth, Myron Kumler, ) <br> Ken Justice, Rod Hilburn, Mike Crandall, Francis Walsh, ) <br> International Brotherhood of Electrical Workers (IBEW ), ) <br> And Travelers Insurance of Illinois, ) <br> ) <br> Defendants. ) | Cause No. 05-2222 |

## IBEW LOCAL 51'S MOTION TO DISMISS

COMES NOW, International Brotherhood of Electrical Workers Local 51 ("Local 51" or the "Union") moves the Court dismiss Plaintiff's lawsuit because it fails to comply with this Court's order of October 7, 2002 in <u>Green v. Illinois Power Company</u>, Case No. 02-CV2097 (C.D.Ill., Urbana Division) where:

1. Plaintiff's Complaint in this case is based in part upon allegations which have already been ruled on by this Court;

2. It is based on allegations that are time-barred;

3. No timely EEOC charge was filed by Plaintiff regarding Local 51; and

4. The Complaint is not a "short and plain statement" of Plaintiff's claims.

Accordingly Plaintiff's Motion for Leave of Court to File Complaint should be denied and the Complaint should be dismissed.

1

        Respectfully submitted,

        SCHUCHAT, COOK & WERNER


          /s/Arthur J. Martin
        Arthur J. Martin (IL Reg. #07368982)
        1221 Locust Street, Second Floor
        St. Louis, MO 63103-2364
        (314) 621-2626
        FAX: 314-621-2378


## CERTIFICATE OF SERVICE

      A copy of the foregoing IBEW Local 51's Motion to Dismiss was electronically filed with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed a copy of same by the United States Postal Service, postage pre-paid this 28th day of November, 2005 to:

Kim A. Leffert  
Mayer Brown Rowe & Maw LLP  
715 Wacker Drive  
Chicago, IL 60606

Charles L. Green  
520 Monterey  
Danville, IL 61832

          /s/Arthur J. Martin
        Arthur J. Martin

279730.WPD