UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| CHARLES LEE GREEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Cause No. 05-2222 |
| | ) |
| ILLINOIS POWER COMPANY, Veta Rudolph Lieke, | ) |
| William "Bill" Pray, George Aufmuth, Myron Kumler, | ) |
| Ken Justice, Rod Hilburn, Mike Crandall, Francis Walsh, | ) |
| International Brotherhood of Electrical Workers (IBEW ), | ) |
| And Travelers Insurance of Illinois, | ) |
| | ) |
| Defendants. | ) |

### IBEW LOCAL 51'S MEMORANDUM IN SUPPORT OF ITS MOTION TO DISMISS AND IN OPPOSITION TO PLAINTIFF'S REQUEST FOR LEAVE TO FILE COMPLAINT

On October 7, 2002, this Court entered its Order, attached hereto as Exhibit A, admonishing Plaintiff Charles Lee Green ("Green") that any future cases he files in this Court must meet the following criteria: (1) it must be based upon allegations which have not already been ruled on by this court; (2) it must be based upon allegations which are not time-barred; (3) it must, if brought pursuant to Title VII, be based upon allegations which have been included in a timely EEOC charge; and (4) it must include a "short and plain statement" of the claims.

On May 26, 1999, Green filed a complaint which is attached hereto as Exhibit B in Green v. Illinois Power Company and IBEW, Local 51, Case No. 99-2126[1] against Illinois

---

[1] The lawsuit originally filed as Case No. 99-3114 was transferred to the Urbana/Danville Division and assigned the Case number of 99-2126.

Power and IBEW Local 51 alleging that Illinois Power discriminated against him on the basis of his race and retaliated against him because of his complaints of discrimination and that IBEW Local 51 discriminated against him by failing to process his grievances. The Court entered Summary Judgment for Illinois Power and on January 7, 2002, granted Local 51's Motion to Dismiss and entered judgment against Plaintiff.

Plaintiff's Complaint in this case against Illinois Power, IBEW Local 51[2] and a number of individuals, fails to comply with this Court's October 7, 2002 order setting forth the requirements for Green to be granted leave to file future cases. The Complaint is 64 pages long; sets forth 24 largely redundant counts; and contains almost 500 paragraphs and subparts. Plaintiff's Complaint fails to distinguish among the Defendants or identify the legal or statutory basis for its claims against IBEW Local 51. Although the Complaint appears to allege that Local 51 violated Title VII of the Civil Rights Act of 1964, he has not filed the requisite EEOC charge against Local 51. A number of the allegations in the Complaint cover matters raised in Green's earlier lawsuit Case No. 99-2126 and predate January 7, 2002, when this Court granted Local 51's Motion to Dismiss Case that lawsuit, including but not limited to paragraphs 27, 29, 30, 34, 36, 37, 41, 45, 48, 49, 51, 53, 58, 65, 108, 109, 133, 134, 135, 156, 172, 201, 202, 204, 208, 209, 211, 212, 213, 251, 255, 260, 264, 268, and 316.

---

[2] The Plaintiff identifies the IBEW as the Defendant, but his Complaint refers to Local 51 of the IBEW and IBEW Local 51 was the entity served. Counsel has entered his appearance only for IBEW Local 51. The International Brotherhood of Electrical Workers, which is a separate entity and distinct from Local 51, has not been served and is not before the Court.

Accordingly, Local 51 requests that this Court deny Plaintiff's Motion for Leave to File Complaint for failing to plead consistent with this Court's October 7, 2002 Order and dismiss the Complaint in this case.

        Respectfully submitted,

        SCHUCHAT, COOK & WERNER


        /s/Arthur J. Martin
        Arthur J. Martin (IL Reg. #07368982)
        1221 Locust Street, Second Floor
        St. Louis, MO 63103-2364
        (314) 621-2626
        FAX: 314-621-2378


## CERTIFICATE OF SERVICE

A copy of the foregoing IBEW Local 51's Memorandum in Support of its Motion to Dismiss and in Opposition to Plaintiff's Request for Leave to File Complaint was electronically filed with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed a copy of same by the United States Postal Service, postage pre-paid this 28th day of November, 2005 to:

Kim A. Leffert  
Mayer Brown Rowe & Maw LLP  
715 Wacker Drive  
Chicago, IL 60606

Charles L. Green  
520 Monterey  
Danville, IL 61832

        /s/Arthur J. Martin
        Arthur J. Martin