E-FILED
Monday, 28 November, 2005 02:32:47 PM
Clerk, U.S. District Court, ILCD

# United States District Court
### CENTRAL DISTRICT OF ILLINOIS
#### URBANA DIVISION

November 28, 2005

Charles L. Green
520 Monterey
Danville, IL 61832

RE: Green v. Illinois Power Company, et al.
CASE NO. 05-2222

Dear Mr. Green:

    NOTICE IS HEREBY GIVEN that a case-dispositive motion (motion to dismiss) has been filed. See Fed.R.Civ.P. 12(b)(6), Fed.R.Civ.P.56; Fed.R.civ.P12(c). Please be advised that you have **fourteen (14)** days from the date of filing (11/28/05) to respond to the motion. If you do not respond, the motion, if appropriate, shall be granted and the case will be terminated without a trial. See, generally, Lewis v. Faulkner, 689 F. 2d 100 (7th Cir. 1982); Timms v. Frank, 953 F. 2d 281 (7th Cir. 1992). Under the court's local rules, a motion is deemed to be uncontested if no opposing brief is filed. See L.R. CDIL 7.1(B).

                                                       JOHN M. WATERS, CLERK
                                                       U.S. DISTRICT COURT

cc:  all counsel
notice revised 8/7/03