# UNITED STATES DISTRICT COURT
## Central District of Illinois

| | |
|---|---|
| CHARLES LEE GREEN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ILLINOIS POWER COMPANY, Veta Rudolp Lieke, )<br>William "Bill" Pray, George Aufmuth, Myron Kumler, )<br>Ken Justice, Rod Hilburn, Mike Crandall, Francis Walsh, )<br>International Brotherhood of Electrical Workers (IBEW), )<br>and Travelers Insurance of Illinois. )<br>)<br>Defendants. ) | **APPEARANCE**<br><br>Case No.: 05 – 2222 |

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

**TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, f/k/a TRAVELERS INDEMNITY COMPANY OF ILLINOIS**

I certify that I am admitted to practice in this court.


  December 1, 2005\_\_\_\_\_          /s/  Bradford A. Burton \_\_\_\_\_
Date                                                    signature

                                                         Bradford A. Burton    6186690
                                                         Print Name                    Bar No.
                                                          Cassiday, Schade & Gloor, LLP
                                                          20 N. Wacker Drive, Suite 1040
                                                         Address

                                                          Chicago         IL           60606
                                                         City              State            Zip

                                                          (312) 641-3100    (312) 444-1669
                                                         Phone Number              Fax

6798433