**E-FILED**
Thursday, 01 December, 2005  03:51:22 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
## Central District of Illinois

| | |
|---|---|
| CHARLES LEE GREEN, ) | |
|  ) | |
| Plaintiff, ) | |
| v.  ) | |
|  ) | Case No.:  05 – 2222 |
| ILLINOIS POWER COMPANY, Veta Rudolp Lieke, ) | |
| William "Bill" Pray, George Aufmuth, Myron Kumler, ) | |
| Ken Justice, Rod Hilburn, Mike Crandall, Francis Walsh, ) | |
| International Brotherhood of Electrical Workers (IBEW), ) | |
| and Travelers Insurance of Illinois. ) | |
|  ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE - ELECTRONIC/U.S. MAIL/FAX

The undersigned certifies that on December 1, 2005, the following described document was served upon all Filing Users pursuant to General Order on Electronic Case Filing, and upon all Non-Filing User parties pursuant to LR 5.5:

| | |
|---|---|
| DOCUMENT DESCRIPTION: | APPEARANCE and MOTION TO DISMISS |
| ADDRESSED AS FOLLOWS: | PRO SE:<br>Charles Green<br>520 Monterey<br>Danville IL 61832<br>(217) 446-1724 |

Under penalties provided by law, pursuant to 735 ILCS 5/1-109, the undersigned certifies that the statements made herein are true and correct.


   /s/  Holly Edwards


ARDC #:  6186690
Bradford A. Burton
CASSIDAY, SCHADE & GLOOR, LLP
20 N. Wacker Dr., #1040
Chicago, IL  60606
(312) 641-3100
6798542 MANDERSO;HEDWARDS