E-FILED
Monday, 05 December, 2005  06:31:21 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| CHARLES LEE GREEN, | ) |
| Plaintiff, | ) Case No: 05 CV 02222 |
| v. | ) The Honorable Michael P. McCuskey |
| ILLINOIS POWER COMPANY, et al, | ) |
| Defendants. | ) |

## NOTICE OF MOTIONS

TO:

| Charles Lee Green | Arthur J. Martin | Bradford A. Burton |
|---|---|---|
| 520 Monterey | Schuchat, Cook and Werner | Cassiday, Schade & Gloor, LLP |
| Danville, IL 61832 | 1221 Locust St. | 20 N. Wacker Dr., Suite 1040 |
| (217) 446-1724 | St. Louis, MO 63103 | Chicago, Illinois 60606-2903 |
| | (314) 621-2626 | (312) 641-3100 |
| | | |
| Pro se | Counsel for the International Brotherhood of Electrical Workers, Local 51 | Counsel for Traveler's Insurance |

    PLEASE TAKE NOTICE that on Monday, December 5, 2005, the undersigned electronically filed the attached **Defendants Illinois Power Company, Veta Lueke, William Pray, George Aufmuth, Ken Justice, Rod Hilburn, Mike Crandall, Myron Kumler And Francis Walsh's Motion To Dismiss Plaintiff's Complaint, Motion To Strike And Motion For Sanctions** and **Defendants Illinois Power Company, Veta Lueke, William Pray, George Aufmuth, Ken Justice, Rod Hilburn, Mike Crandall, Myron Kumler And Francis Walsh's Motion For Leave To File Oversize Brief Instanter**, copies of which are attached hereto and are hereby served upon you.

Dated: December 5, 2005

                            Respectfully submitted,
                            ILLINOIS POWER COMPANY, VETA LUEKE, WILLIAM PRAY, GEORGE AUFMUTH, KEN JUSTICE, ROD HILBURN, MIKE CRANDALL, MYRON KUMLER AND FRANCIS WALSH

                            By: s/ Veronica L. Spicer_____
                                One of their Attorneys

OF COUNSEL:
Danuta Bembenista Panich, Bar No. 3121980
dpanich@mayerbrownrowe.com
Kim A. Leffert, Bar No. 6192947
kleffert@mayerbrownrowe.com
Veronica L. Spicer, Bar No. 6274243
vspicer@mayerbrownrowe.com
MAYER, BROWN, ROWE & MAW LLP
71 South Wacker Drive
Chicago, IL  60606
(312) 782-0600
(312) 701-7711 – Facsimile

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 5, 2005, she filed the (1) **Notice of Motions**, (2) **Defendants Illinois Power Company, Veta Lueke, William Pray, George Aufmuth, Ken Justice, Rod Hilburn, Mike Crandall, Myron Kumler And Francis Walsh's Motion To Dismiss Plaintiff's Complaint, Motion To Strike And Motion For Sanctions**, (3) **Defendants Illinois Power Company, Veta Lueke, William Pray, George Aufmuth, Ken Justice, Rod Hilburn, Mike Crandall, Myron Kumler And Francis Walsh's Motion For Leave To File Oversize Brief Instanter**, (4) **Defendants Illinois Power Company, Veta Lueke, William Pray, George Aufmuth, Ken Justice, Rod Hilburn, Mike Crandall, Myron Kumler And Francis Walsh's Memorandum In Support Of Their Motions To Dismiss Plaintiff's Complaint, To Strike, And For Sanctions**, and (5) **Exhibits 1-12** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

Arthur J. Martin
Schuchat, Cook and Werner
1221 Locust St.
St. Louis, MO 63103
(314) 621-2626

Bradford A. Burton
Cassiday, Schade & Gloor, LLP
20 N. Wacker Dr., Suite 1040
Chicago, Illinois 60606-2903
(312) 641-3100.

The undersigned also hereby certifies that she has mailed by United States Postal Service the aforementioned documents to the following non CM/ECF participant:

Charles Lee Green
520 Monterey
Danville, IL 61832
(217) 446-1724.

Dated:  December 5, 2005

Respectfully submitted,
ILLINOIS POWER COMPANY, VETA LUEKE, WILLIAM PRAY, GEORGE AUFMUTH, KEN JUSTICE, ROD HILBURN, MIKE CRANDALL, MYRON KUMLER AND FRANCIS WALSH

By: s/ Veronica L. Spicer_____
       One of their Attorneys

OF COUNSEL:
Danuta Bembenista Panich, Bar No. 3121980
dpanich@mayerbrownrowe.com
Kim A. Leffert, Bar No. 6192947
kleffert@mayerbrownrowe.com
Veronica L. Spicer, Bar No. 6274243
vspicer@mayerbrownrowe.com
MAYER, BROWN, ROWE & MAW LLP
71 South Wacker Drive
Chicago, IL  60606
(312) 782-0600
(312) 701-7711 – Facsimile