# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| CHARLES LEE GREEN, | )<br>) |
| Plaintiff, | ) Case No: 05 CV 02222 |
| v. | ) The Honorable Michael P. McCuskey |
| ILLINOIS POWER COMPANY, et al, | ) |
| Defendants. | ) |

## DEFENDANTS ILLINOIS POWER COMPANY, VETA LUEKE, WILLIAM PRAY, GEORGE AUFMUTH, KEN JUSTICE, ROD HILBURN, MIKE CRANDALL, MYRON KUMLER AND FRANCIS WALSH'S MOTION FOR LEAVE TO FILE OVERSIZE BRIEF INSTANTER

Defendants Illinois Power Company, Veta Lueke, William Pray, George Aufmuth, Ken Justice, Rod Hilburn, Mike Crandall, Myron Kumler and Francis Walsh (collectively, the "IPC Defendants"), by and through their attorneys, respectfully move this Court to allow them to file an oversized memorandum of law instanter in support of Defendants Illinois Power Company, Veta Lueke, William Pray, George Aufmuth, Ken Justice, Rod Hilburn, Mike Crandall, Myron Kumler And Francis Walsh's Motion To Dismiss Plaintiff's Complaint, Motion To Strike And Motion For Sanctions. In support of this Motion, the IPC Defendants state as follows:

1. On October 4, 2005, Plaintiff Charles Lee Green filed a 64-page 24-count Complaint against the IPC Defendants and Plaintiff's union, the International Brotherhood of Electrical Workers, Local 51.

2. In addition to containing 24 counts, Plaintiff's Complaint contains a request for appointed counsel, a motion for this Court to reconsider and vacate the award by an arbitrator, Edward P. Archer, and a motion for sanctions.

3.       In addition to being 64 pages long, Plaintiff's Complaint fails to contain any "short and plain statement" of the claims, contrary to Rule 8 of the Federal Rules of Civil Procedure and this Court's previous, explicit order in an earlier case filed by Plaintiff. The current 64-page Complaint is also legally deficient in numerous other ways.

4.       The IPC Defendants have made every effort to comply with the page limitations on supporting briefs in responding to Plaintiff's 64-page Complaint. However, in order to address the numerous defenses available to them, all of which had to be included or might be considered waived, as well as to address the serious questions raised by Plaintiff's refusal to heed the directives of this Court, said Defendants required 19 pages – four more than typically allowed.

For the foregoing reasons, the IPC Defendants respectfully request the Court's leave to file an oversized memorandum instanter in support of Defendants Illinois Power Company, Veta Lueke, William Pray, George Aufmuth, Ken Justice, Rod Hilburn, Mike Crandall, Myron Kumler And Francis Walsh's Motion To Dismiss Plaintiff's Complaint, Motion To Strike And Motion For Sanctions.

Dated:  December 5, 2005              Respectfully submitted,
                                      ILLINOIS POWER COMPANY, VETA LUEKE,
                                      WILLIAM PRAY, GEORGE AUFMUTH, KEN
                                      JUSTICE, ROD HILBURN, MIKE CRANDALL,
                                      MYRON KUMLER AND FRANCIS WALSH

                                      By: s/ Veronica L. Spicer_____
                                              One of their Attorneys

OF COUNSEL:
Danuta Bembenista Panich, Bar No. 3121980
dpanich@mayerbrownrowe.com
Kim A. Leffert, Bar No. 6192947
kleffert@mayerbrownrowe.com
Veronica L. Spicer, Bar No. 6274243
vspicer@mayerbrownrowe.com

MAYER, BROWN, ROWE & MAW LLP
71 South Wacker Drive
Chicago, IL  60606
(312) 782-0600
(312) 701-7711 – Facsimile