**E-FILED**
Monday, 05 December, 2005  06:48:49 PM
Clerk, U.S. District Court, ILCD

## INDEX OF EXHIBITS

Exhibit 1      Chart

Exhibit 2      Green I Complaint (Case No. 97-2148)

Exhibit 3      Order Dated August 14, 1998 Granting Summary Judgment in Green I

Exhibit 4      Green II Complaint (Case No. 99-3114)

Exhibit 5      Report and Recommendation that Illinois Power Company's Motion to Dismiss
               Be Granted Dated December 23, 1999 in Green II

Exhibit 6      Order Dismissing Illinois Power Company Dated February 29, 2000 in Green II

Exhibit 7      Green III Complaint (Case No. 01-2090)

Exhibit 8      Report and Recommendation that Illinois Power Company's Motion to Dismiss in
               Green III Be Granted In Part Dated October 24, 2001

Exhibit 9      Order Granting Illinois Power Company's Motion for Summary Judgment in
               Green III Dated September 23, 2002

Exhibit 10     Complaint in Green IV (Case No. 02-2097)

Exhibit 11     Order Granting Illinois Power Company's Motion to Dismiss Dated October 7,
               2002

Exhibit 12     Unpublished Cases