**Exhibit 1: Comparison of Counts in Green V (Current Case) with
Claims Alleged in Green IV (Case No. 02-2097) and Green III (Case No. 01-2090)**

| Claim in Green V | Corresponding Paragraphs in Green IV Complaint | Corresponding Paragraphs in Green III Complaint | Differences Between Green V and Green IV |
|---|---|---|---|
| Count I, ¶¶32-37 | Count I, ¶¶217-221 | Count I, ¶¶30-33 | Adds an introductory paragraph (¶31) and includes the perjury claim separately asserted as Count IV in Green IV. |
| Count II, ¶¶38, 40-54 | Count II, ¶¶222, 224-230; Count III, ¶¶234-235, 238, 239, 241, 243-244 | Count II, ¶¶34-40; Count III, ¶¶44-48, 50-51 | Adds an introductory paragraph (¶39) and includes the perjury claim separately asserted as Count IV in Green IV. |
| Count III, ¶¶55-56, 58 | Count IV, ¶¶245, 248 | | Adds an introductory paragraph (¶57). |
| Count IV, ¶¶59-62, 64 | Count V, ¶¶249-253 | Count XVI, ¶¶168-169; Count XVII, ¶¶172, 175-176; Count XX, ¶207; Count XXIV, ¶¶240-241 | Adds new paragraph regarding providing health care, processing workers compensation benefits and family medical leave benefits (¶63) and "legal theory" paragraph (¶65). |
| Count V, ¶¶66-68, 82-86 | Count VIII, ¶¶263-4, 267-272 | Count XXV, ¶¶245, 247-251 | Adds introductory paragraph (¶69), paragraphs on various conspiracy and corruption of justice claims (¶¶70-81), paragraphs relating to various terms of employment and duty of care (¶¶87-94), and a "legal theory" paragraph (¶95) |
| Count VII, ¶¶110-117 | Count XII, ¶¶298-305 | | Adds "legal theory" paragraph (¶118) |
| Count VIII, | Count XIV, ¶¶316-323, | | Adds "legal theory" |

| | | | |
|---|---|---|---|
| ¶¶119-127 | 325 | | paragraph (¶128) |
| Count IX, ¶¶129-135 | Count XV, ¶¶326-332 | | Adds "legal theory" paragraph (¶136) |
| Count X, ¶¶137-141, 146[1] | Count XVI, ¶¶337-340, 343 | Count XI, ¶119 | Adds allegation that other minorities were retaliated against (¶142), hostile work environment factual allegations (¶¶143-145), and "legal theory" paragraph (¶147) |
| Count XI, ¶¶148-162 | Count XIX, ¶¶367-375; Count XX, ¶¶382-383; Count XXI, ¶¶392-395 | | Adds "legal theory" paragraph (¶163) |
| Count XII, ¶¶164-170, 172-174 | Count XXII, ¶¶388-389, 405-410 | | Minor wording changes; adds that Plaintiff is in constant fear for his life (¶171); and "legal theory" paragraph (¶175) |
| Count XIII, ¶¶176-179, 184-86 | Count XXIV, ¶¶413-418 | | Minor wording changes; adds "legal theory" paragraph (¶187); adds allegations regarding Plaintiff's credit report and electric and gas bill payments (¶¶180-183) |
| Count XIV, ¶¶188-196 | Count XXV, ¶¶419-427 | | Adds "legal theory" paragraph (¶197) |
| Count XV, ¶¶198-203 | Count XXVI, ¶¶428-433 | | Adds "legal theory" paragraph (¶204) |
| Count XVI, ¶¶205-214 | Count XXVII, ¶¶434-443 | | Adds "legal theory" paragraph (¶215) |
| Count XVII, ¶¶217-219, 221-222 | Count XXVIII, ¶¶ 444-446, 449-450 | | Adds "Hostile Work Environment" as heading (¶216), restates allegations made in other counts (¶220), adds "legal |

---

[1] Paragraphs 142-154 present material that is not directly cut and pasted from the complaint in Green IV, but that is otherwise deficient for the reasons specified in the IPC Defendants' Motion.

| | | | |
|---|---|---|---|
| | | | theory" paragraph (¶223) |
| Count XXIV, ¶¶300-316 | Count XXIX, ¶¶451-466 | | Minor wording changes, adds phrase "continuing violation" |