UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

E-FILED
Monday, 05 December, 2005  06:50:20 PM
Clerk, U.S. District Court, ILCD

Charles Lee Green
_____
_____
_____
                Plaintiff (s)

vs

Illinova AKA
Illinois Power Co.
_____
_____
_____
_____
                Defendant (s)

FILED
JUL 17 1997
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Case No. 97-2148

(to be supplied by the Clerk)

PRO SE COMPLAINT AGAINST EMPLOYMENT DISCRIMINATION, UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964, 42 U.S.C. §§ 2000e-2 AND 2000e-5

I.  PREVIOUS PROCEEDINGS BEFORE THE EQUAL EMPLOYMENT OPPORTUNITIES COMMISSION (EEOC)

    A.  Have you filed a charge before the federal Equal Employment Opportunities Commission (EEOC) relating to this claim of employment discrimination?

    (✓) YES

    ( ) NO

    B.  If your answer is YES, Describe the EEOC proceeding:

    1.  Parties to the previous EEOC proceeding:

    Petitioner (s)  Charles Lee Green
    _____
    _____

    Respondents (s)  Illinova Illinois Power Co
    _____
    _____

Exhibit 2

EMPLOYMENT DISCRIMINATION
PRO SE COMPLAINT
PAGE 2

2. Location of EEOC office that handled your charge:

500 West Madison St, Suite 2800, Chicago Il 60661-2511

3. Docket or case number of your charge: 210971056

4. Disposition (what was the final result of your charge):

The commission was unable to conclude that the information obtained establishes violation of the statutes. This does not certify that the respondent is in compliance with the statutes.

5. Has EEOC written you a right-to-sue letter (telling you you have the right to sue in a United States District Court if you are disatisfied with the disposition of your charge)?

(✓) YES

( ) NO

6. Date of filing charge before EEOC: Jan. 6, 1997

7. Date of disposition by EEOC: June 24, 1997

C. Attach copies of all documents you possess relating to the EEOC proceeding, ESPECIALLY YOUR RIGHT-TO-SUE LETTER.

II. PREVIOUS LOCAL, STATE OR FEDERAL PROCEEDINGS OTHER THAN EEOC

A. Have you begun other legal proceedings before state or local courts or agencies, or a federal court (but NOT the EEOC) relating to your claim of employment discrimination?

(✓) YES

( ) NO

B. If your answer is YES, describe each legal proceeding:

1. Parties to the previous legal proceeding:

Plaintiff(s) or petitioner(s) (IBEW) International Brotherhood of Electrical Workers Charles Lee Green

Defendant(s) or respondent(s) Illinova Illinois Power Co.

2. Name of court or agency: _____

_____

_____

3. Docket or case number: _____

4. Name of the judge or hearing officer: _____

_____

5. Disposition (for example: Was the case dismissed? Who won? Was there an appeal? Is the appeal pending or final?):

_pending Arbitration_____

_____

_____

_____

6. Date of beginning previous proceeding: 12-13-1997

7. Date of disposition of proceeding: _____

NOTE: If there was more than one previous legal proceeding, excluding an EEOC proceeding, describe them on separate sheets of paper. Follow the outline above, label the sheets clearly, and attach them to this pro se complaint.

C. Have you attached separate sheets regarding previous state, local or federal legal proceedings (other than EEOC)?

( ) YES

(✓) NO

III. PARTIES TO YOUR PRO SE COMPLAINT OF EMPLOYMENT DISCRIMINATION

A. Plaintiff(s)
1. Your full name  Charles Lee Green

2. Your address  520 Monterey, Danville Il 61832

3. Names and addresses of other plaintiffs, if any (You should name other plaintiffs only if they were petitioners with you in a previous EEOC proceeding, or else if EEOC began a previous proceeding on behalf of you and them):

_____

_____

_____

(Use a separate sheet if necessary; label it clearly if so)

B. Have you attached a separate sheet naming other plaintiffs?

( ) YES

(✓) NO

C. Defendant(s) (You should name here the first-named respondent, or else its successor, in the previous EEOC proceeding brought by you or on your behalf):

1. Full name (individual or firm): _Illinova_

_Illinois Power Co._

2. Business address _500 S 27th Street_

_Decatur IL 62521_

3. Job position (if individual) _____

_____

4. Status as an entity (if defendant is a business firm)--

(✓) Corporation (Inc. or Corp. or Co.)

( ) Partnership

( ) Sole proprietorship

( ) Other_____

(If you do not know this information, and you cannot find out by reasonable means, ask the defendant for it. If the defendant will not tell you, leave this section blank.)

5. Names, business addresses, and job position or entity status of other defendants, if any (you should name additional defendants only if they were names as respondents in a previous EEOC proceeding brought by you or on your behalf):

_____

_____

_____

(Use a separate sheet if necessary; label it clearly if so)

D. Have you attached a separate sheet naming other defendants?
( ) YES
(✓) NO

EMPLOYMENT DISCRIMINATION
PRO SE COMPLAINT
PAGE 5

IV. STATEMENT OF YOUR CLAIM OF EMPLOYMENT DISCRIMINATION

A. Were you:
( ) Not hired?
( ) Discharged?
( ) Suspended?
( ) Demoted?
(✓) Denied Promotion?
( ) Denied Wage Increases?
(✓) Other (please specify) Transfers, Training, Testing, Time off, workers Compensation, Interview Respect, empowerment, Retaliation, Representation, and etc

B. State here as briefly, concisely and clearly as possible the essential facts of your claim. Take time to organize your statement; you may use numbered paragraphs if you find it helpful. Include precisely how each defendant in this action is involved. Include the names of other persons involved who are not defendants; give dates and place. Concentrate on describing as clearly and simply as possible the employment practice you allege to be illegal, and how it discriminated against you. IT IS NOT NECESSARY TO MAKE LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES. IN MOST CIRCUMSTANCES, THIS ONLY MAKES THE CLAIM OF A LAYMAN MORE DIFFICULT TO UNDERSTAND. AS MUCH AS POSSIBLE, LET THE FACTS SPEAK FOR THEMSELVES.

I feel that for the last six years my rights have been intentionally and gamefully denied or violated in some way because of my race (Black male). Below is a list of my rights and opportunities that were denied or violated because I am a black male: Transfers, Promotions, Testing, Interview, Training, leave of absence, Communication, Buddy system, Employee recognition, Favoratism, workers compensation, empowerment, respect, daily harassment, False advertisement, Rules, policies, procedures, good old boy network, and Retaliation. These violation are continuous.

DO NOT FEEL COMPELLED TO USE ALL THE SPACE.

EMPLOYMENT DISCRIMINATION
PRO SE COMPLAINT
PAGE 6

V. RELIEF YOU REQUEST

Check below what you want the court to do for you. You may make as many checks as you like.

(✓) Should you prevail in this lawsuit, award you back pay.

( ) Should you prevail in this lawsuit, reinstate you in your old position.

( ) Should you prevail in this lawsuit, award you certain costs of suit (but not attorneys fees).

(✓) Other Compensatory damages, punitive damages, Award me all cost of suit and workers compensation, 30 days Paid leave of absence, therapy, Eliminate the buddy system, Guaranteed Equal opportunities, Illinis Power Monitored for 20 years, Respect, Responsible parties disciplined Get me back my dignity, self esteem and self worth

Signed this 15th day of July, 19 97

_Charles _____

_____
(Signature of plaintiff
or plaintiffs)

ADDRESS:

520 monterey

Danville Il 61832

PHONE NO. 217-446-1724

Equal Employment Opportunity Commission

## DISMISSAL AND NOTICE OF RIGHTS

| | |
|---|---|
| To: Charles Green<br>520 Monterey<br>Danville, IL 61832 | From: EEOC<br>500 West Madison Street, Suite 2800<br>Chicago, IL 60661-2511 |

Z 138 741 989

[ ] *On behalf of a person aggrieved whose identity is CONFIDENTIAL (29 CFR § 1601.7(a))*

| Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 210971056 | Michael Thomas, Supervisor | (312) 886-0435 |

*(See the additional information attached to this form.)*

YOUR CHARGE IS DISMISSED FOR THE FOLLOWING REASON:

[ ] The facts you allege fail to state a claim under any of the statutes enforced by the Commission

[ ] Respondent employs less than the required number of employees.

[ ] Your charge was not timely filed with the Commission, *i.e.*, you waited too long after the date(s) of the discrimination you alleged to file your charge. Because it was filed outside the time limit prescribed by law, the Commission cannot investigate your allegations.

[ ] You failed to provide requested information, failed or refused to appear or to be available for necessary interviews/conferences, or otherwise refused to cooperate to the extent that the Commission has been unable to resolve your charge. You have had more than 30 days in which to respond to our final written request.

[ ] The Commission has made reasonable efforts to locate you and has been unable to do so. You have had at least 30 days in which to respond to a notice sent to your last known address.

[ ] The respondent has made a reasonable settlement offer which affords full relief for the harm you alleged. At least 30 days have expired since you received actual notice of this settlement offer.

[x] The Commission issues the following determination: Based upon the Commission's investigation, the Commission is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] Other (*briefly state*) _____

### - NOTICE OF SUIT RIGHTS -

[x] **Title VII and/or the Americans with Disabilities Act:** This is your NOTICE OF RIGHT TO SUE, which terminates the Commission's processing of your charge. If you want to pursue your charge further, you have the right to sue the respondent(s) named in your charge in U.S. District Court. If you decide to sue, you must sue <u>WITHIN 90 DAYS</u> from your receipt of this Notice; otherwise your right to sue is lost.

[ ] **Age discrimination in Employment Act:** This is your NOTICE OF DISMISSAL OR TERMINATION, which terminates processing of your charge. If you want to pursue your charge further, you have the right to sue the respondent(s) named in your charge in U.S. District Court. If you decide to sue, you must sue <u>WITHIN 90 DAYS</u> from your receipt of this Notice; otherwise your right to sue is lost.

[ ] **Equal Pay Act (EPA):** EPA suits must be brought within 2 years (3 years for willful violations) of the alleged EPA underpayment.

On behalf of the Commission

June 24, 1997

*John P. Rowe*
John P. Rowe, District Director

Enclosures
Information Sheet
Copy of Charge

cc: Respondent(s)    Illinois Power Company & Illinova

EEOC Form 161 (Test 5/95)

| | | |
|---|---|---|
| | | FEPA |
| | | EEOC 2097[illegible] |

_____ Illinois Dept. of Human Rights _____ and EEOC

| NAME (Indicate Mr., Ms., Mrs.) | HOME TELEPHONE (Include Area Code) |
|---|---|
| Mr. Charles L. Green | (217) 446-1724 |
| STREET ADDRESS     CITY, STATE AND ZIP CODE | DATE OF BIRTH |
| 520 Monterey, Danville, IL 61832 | |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE (Include Area Code) |
|---|---|---|
| Illinois Power Company | Cat D (501 +) | |
| STREET ADDRESS    CITY, STATE AND ZIP CODE | | COUNTY |
| 500 S. 27th Street, Decatur, IL 62521 | | 115 |
| NAME | | TELEPHONE NUMBER (Include Area Code) |
| Illinova | | |
| STREET ADDRESS    CITY, STATE AND ZIP CODE | | COUNTY |
| 500 S. 27th Street, Decatur, Illinois 62521 | | |

CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es))

[X] RACE   [ ] COLOR   [ ] SEX   [ ] RELIGION   [ ] NATIONAL ORIGIN
[ ] RETALIATION   [ ] AGE   [ ] DISABILITY   [ ] OTHER (Specify)

DATE DISCRIMINATION TOOK PLACE
EARLIEST     LATEST
03/01/96
[X] CONTINUING ACTION

THE PARTICULARS ARE (If additional space is needed, attach extra sheet(s)):

I. I began working for the above named Respondent in January, 1991, in the position of Electrician. Since my date of hire, and most recently in December, 1996, I have been denied personal leave. In March, 1996, I was denied promotion to Electronic Technician. In August, 1996, I was denied the opportunity to complete the bidding process for promotion to Shift Technician.

II. Respondent has given no reason for denying me personal leave. Respondent has given no reason for denying me promotions.

III. I believe I have been discriminated against on the basis of my race, Black, in violation of Title VII of the Civil Rights Act of 1964, as amended, in that I have been denied personal leave whereas a non-Black co-worker is allowed to take personal leave, and I have been denied promotions.

RECEIVED EEOC
JAN 6 1997
CHICAGO DISTRICT OFFICE

[ ] I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY - (When necessary for State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

I declare under penalty of perjury that the foregoing is true and correct.

SIGNATURE OF COMPLAINANT

X 12-30-1996       X [signature]
Date     Charging Party (Signature)

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(Day, month, and year)

EEOC FORM 5 (REV. 06/92)