E-FILED
Monday, 05 December, 2005 08:20:13 PM
Clerk, U.S. District Court, ILCD

AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

_Central_ DISTRICT OF _Illinois_

Charles Lee Green

**APPEARANCE**

v.

Illinois Power Company et al

Case Number: 05 CV 02222

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Illinois Power Company, Veta Lueke, William Pray, George Aufmuth, Myron Kumler, Ken Justice, Rod Hilburn, Mike Crandall and Francis Walsh

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 12/5/2005 | _/s/ Veronica L. Spicer_ |
| Date | Signature |
| | Veronica L. Spicer — 6274243 |
| | Print Name — Bar Number |
| | 71 S. Wacker Dr. |
| | Address |
| | Chicago — IL — 60606 |
| | City — State — Zip Code |
| | (312) 701-8147 — (312) 706-9129 |
| | Phone Number — Fax Number |