AO 458 (Rev. 10/95) Appearance

**E-FILED**
Tuesday, 06 December, 2005   11:31:11 AM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT

Central  DISTRICT OF  Illinois

Charles Lee Green

**APPEARANCE**

v.

Case Number: 05 CV 02222

Illinois Power Company, et al.

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Illinois Power Company, Veta Lueke, William Pray, George Aufmuth, Myron Kumler, Ken Justice, Rod Hilburn, Mike Crandall and Francis Walsh

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 12/6/2205 | s/ Kim A. Leffert |
| Date | Signature |
| | Kim A. Leffert           6192947 |
| | Print Name           Bar Number |
| | Mayer, Brown, Rowe & Maw LLP |
| | 71 S. Wacker Dr. |
| | Address |
| | Chicago       IL       60606 |
| | City       State       Zip Code |
| | (312) 701-8344       (312) 706-9166 |
| | Phone Number       Fax Number |

American LegalNet, Inc.
www.USCourtForms.com