E-FILED
Tuesday, 06 December, 2005  11:36:54 AM
Clerk, U.S. District Court, ILCD

AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

_____ Central _____ DISTRICT OF _____ Illinois _____

Charles Lee Green

**APPEARANCE**

v.

Case Number: 05 CV 02222

Illinois Power Company, et al.

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Illinois Power Company, Veta Lueke, William Pray, George Aufmuth, Myron Kumler, Ken Justice, Rod Hilburn, Mike Crandall and Francis Walsh

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 12/6/2205 | s/ Danuta Bembenista Panich |
| Date | Signature |
| | Danuta Bembenista Panich     3121980 |
| | Print Name                   Bar Number |
| | Mayer, Brown, Rowe & Maw LLP |
| | 71 S. Wacker Dr. |
| | Address |
| | Chicago          IL          60606 |
| | City           State        Zip Code |
| | (312) 701-7198              (312) 706-9168 |
| | Phone Number               Fax Number |

American LegalNet, Inc.
www.USCourtForms.com