E-FILED
Friday, 16 December, 2005 01:46:08 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| CHARLES LEE GREEN<br><br>    Plaintiff,<br><br>v.<br><br>ILLINOIS POWER COMPANY, Veta Rudolph Lieke, William "Bill" Pray, George Aufmuth, Myron Kumler, Ken Justice, Rod Hilburn, Mike Crandall, Francis Walsh International Brotherhood of Electrical Workers (IBEW) And Travelers<br><br>    Defendants | )<br>)<br>)<br>)<br>)<br>)  05-2222<br>)<br>)  **FILED**<br>)<br>)  DEC 1 6 2005<br>)<br>)  JOHN M. WATERS, Clerk<br>)  U.S. DISTRICT COURT<br>)  CENTRAL DISTRICT OF ILLINOIS<br>)  URBANA, IL<br>)<br>) |

The cause of action in this case raises an issue of federal law. Equitable relief sought.

**PLAINTIFF, CHARLES GREEN'S CERTIFICATE OF SERVICE TO TRAVELERS**

**Plaintiff, Charles Green certifies that he served a copy of his response to motion to dismiss, memorandum of law to Travelers through its attorneys by regular mail. The documents were sent to:**

Cassidy Schade & Gloor, Llp
Attorneys at Law
20 N. Wacker Dr.
Suite 1040
Chicago Illinois 60606-2903

_/s/ C.L.G._
Charles L. Green
Pro se
520 Monterey
Danville, IL 61832
Date: December 14, 2005