UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| CHARLES LEE GREEN | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) 05-2222 |
| | ) |
| V. | ) |
| | ) |
| ILLINOIS POWER COMPANY, Veta Rudolph Lueke, | ) |
| William "Bill" Pray, George Aufmuth, Myron Kumler, | ) |
| Ken Justice, Rod Hilburn, Mike Crandall, Francis Walsh | ) |
| International Brotherhood of Electrical Workers (IBEW) | ) |
| Local 51 And Travelers | ) |
| | ) |
| Defendants | ) |

FILED
DEC 1 9 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

The cause of action in this case raises an issue of federal law. Equitable relief sought.

CERTIFICATE OF SERVICE

Plaintiff Charles Green certify that he caused a copy of PLAINTIFF'S MOTION TO STRIKE, REQUEST FOR RESTRAINING ORDER AND REPLY TO DEFENDANTS ILLINOIS POWER COMPANY, Veta Rudolph Lueke, William "Bill" Pray, George Aufmuth, Myron Kumler, Ken Justice, Rod Hilburn, Mike Crandall, Francis Walsh MOTION TO DISMISS, MOTION TO STRIKE AND MOTION FOR SANCTIONS

PLAINTIFF'S MOTIONS FOR SANCTIONS, MOTION TO STRIKE, AND RSPONSE TO DEFENDANTS ILLINOIS POWER COMPANY, Veta Rudolph Lueke, William "Bill" Pray, George Aufmuth, Myron Kumler, Ken Justice, Rod Hilburn, Mike Crandall, Francis Walsh MOTION FOR LEAVE TO FILE AN OVERSIZED INSTANTER

PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION TO STRIKE, REQUEST FOR RESTRAINING ORDER AND REPLY TO DEFENDANTS ILLINOIS POWER COMPANY, Veta Rudolph Lueke, William "Bill" Pray, George Aufmuth, Myron Kumler, Ken Justice, Rod Hilburn, Mike Crandall, Francis Walsh MOTION TO DISMISS, MOTION TO STRIKE AND MOTION FOR SANCTIONS
The documents were sent by US mail to Mayer, Brown, Rowe & Maw LLP, 71 South Wacker Drive, Chicago, Illinois 60606

Respectfully submitted by,

*/s/ CLG/*

Plaintiff, Charles Green, Pro se
520 Monterey
Danville, Illinois 61832
217-446-1724
December 19, 2005