E-FILED
Tuesday, 20 December, 2005  03:35:13 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
## Central District of Illinois

| | |
|---|---|
| CHARLES LEE GREEN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ILLINOIS POWER COMPANY, Veta Rudolp Lieke, ) <br> William "Bill" Pray, George Aufmuth, Myron Kumler, ) <br> Ken Justice, Rod Hilburn, Mike Crandall, Francis Walsh, ) <br> International Brotherhood of Electrical Workers (IBEW), ) <br> and Travelers Insurance of Illinois. ) <br> ) <br> Defendants. ) | **APPEARANCE** <br><br> Case No.: 05 – 2222 |

To the Clerk of this court and all parties of record:

   Enter my appearance as counsel in this case for:

**TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, f/k/a TRAVELERS INDEMNITY COMPANY OF ILLINOIS**

   I certify that I am admitted to practice in this court.


  December 19, 2005                                   /s/ Melissa A. Anderson_____
Date                                                                 signature

                                                                  Melissa A. Anderson   6278723
                                                                 Print Name                      Bar No.

                                                                  Cassiday, Schade & Gloor, LLP
                                                                  20 N. Wacker Drive, Suite 1040
                                                                 Address

                                                                  Chicago         IL            60606
                                                                 City                 State            Zip

                                                                  (312) 641-3100    (312) 444-1669
                                                                 Phone Number              Fax

6804808