E-FILED
Tuesday, 20 December, 2005  03:41:59 PM
Clerk, U.S. District Court, ILCD

29426/01267/JMG/MAA

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| CHARLES LEE GREEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-2222 |
| | ) | |
| ILLINOIS POWER COMPANY, VETA RUDOLPH LIEKE, WILLIAM "BILL" PRAY, GEORGE AUFMUTH, MYRON KUMLER, KEN JUSTICE, ROD HILBURN, MIKE CRANDALL, FRANCIS WALSH, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS (IBEW), and TRAVELERS INSURANCE OF ILLINOIS, | ) ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**MOTION FOR LEAVE TO FILE REPLY BRIEF**
**IN SUPPORT OF MOTION TO DISMISS**

NOW COMES defendant, TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, f/k/a TRAVELERS INDEMNITY COMPANY OF ILLINOIS, incorrectly sued as TRAVELERS INSURANCE OF ILLINOIS, by its attorneys, Cassiday, Schade & Gloor, and moves this Court for leave to file a reply brief in support of its Motion to Dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

Respectfully Submitted,

CASSIDAY, SCHADE & GLOOR LLP

By: ____s/ Melissa A. Anderson_____
One of the Attorneys for Travelers Property Casualty Company of America f/k/a Travelers Indemnity Company of Illinois, incorrectly sued as Travelers Insurance of Illinois

CASSIDAY, SCHADE & GLOOR LLP
20 North Wacker Drive
Suite 1040
Chicago, Illinois 60606
(312) 641-3100

6805110