E-FILED
Tuesday, 20 December, 2005  03:50:25 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
## Central District of Illinois

| | |
|---|---|
| CHARLES LEE GREEN,           ) | |
|                              ) | |
|     Plaintiff,          ) | |
| v.                           ) | |
|                              ) | Case No.:  05 – 2222 |
| ILLINOIS POWER COMPANY, Veta Rudolp Lieke, ) | |
| William "Bill" Pray, George Aufmuth, Myron Kumler, ) | |
| Ken Justice, Rod Hilburn, Mike Crandall, Francis Walsh, ) | |
| International Brotherhood of Electrical Workers (IBEW), ) | |
| and Travelers Insurance of Illinois. ) | |
|                              ) | |
|     Defendants.         ) | |

### CERTIFICATE OF SERVICE - ELECTRONIC/U.S. MAIL/FAX

      The undersigned certifies that on December 20, 2005, the following described document was served upon all Filing Users pursuant to General Order on Electronic Case Filing, and upon all Non-Filing User parties pursuant to LR 5.5:

| | |
|---|---|
| DOCUMENT DESCRIPTION: | APPEARANCE and MOTION FOR LEAVE TO FILE REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS |
| ADDRESSED AS FOLLOWS: | See Attached Service List |

Under penalties provided by law, pursuant to 735 ILCS 5/1-109, the undersigned certifies that the statements made herein are true and correct.

                                                                               /s Melissa A. Anderson_____

ARDC #:  6278723
Melissa A. Anderson
CASSIDAY, SCHADE & GLOOR, LLP
20 N. Wacker Dr., #1040
Chicago, IL  60606
(312) 641-3100

6804813 MANDERSO;HEDWARDS

29426

29426/01267/JMG/MAA
Green v. Travelers Insurance Company
Court No. 05-2222

**SERVICE LIST**

PRO SE:
Charles Green
520 Monterey
Danville IL 61832
(217) 446-1724

ATTORNEYS FOR ILLINOIS POWER CO., VETA RUDOLPH LIEKE, WILLIAM PRAY, GEORGE AUFMUTH, MYRON KUMLER, KEN JUSTICE, ROD HILBURN, MIKE CRANDALL, and FRANCIS WALSH
Danuta Panich
Kim A. Leffert
Mayer Borwn Rowe & Maw
190 S. LaSalle St.
Chicago, IL  60603
(312) 701-7198
(312) 706-9168 – fax
dpanich@mayerbrownrowe.com
kleffert@mayerbrownrowe.com

Veronica L. Spicer
Mayer Brown Rowe & Mau
71 S. Wacker Drive
Chicago, IL 60603
(312) 701-8147
(312) 706-9129 – fax
vspicer@mayerbrown.com


Attorneys for International Brotherhood of Electrical Workers
Arthur J. Martin
Schuchat Cook & Werner
1221 Locust
Suite 250
St. Louis, MO  63103
(314) 621-2626
(314) 621-2378 – fax
ajm@schuchatcw.com