29426/01267/JMG/MAA

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| CHARLES LEE GREEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 05-2222 |
| ) | |
| ILLINOIS POWER COMPANY, VETA ) | |
| RUDOLPH LIEKE, WILLIAM "BILL" ) | |
| PRAY, GEORGE AUFMUTH, MYRON ) | |
| KUMLER, KEN JUSTICE, ROD ) | |
| HILBURN, MIKE CRANDALL, FRANCIS ) | |
| WALSH, INTERNATIONAL ) | |
| BROTHERHOOD OF ELECTRICAL ) | |
| WORKERS (IBEW), and TRAVELERS ) | |
| INSURANCE OF ILLINOIS, ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE - ELECTRONIC/U.S. MAIL/FAX

The undersigned certifies that on December 29, 2005, the following described document was served upon all Filing Users pursuant to General Order on Electronic Case Filing, and upon all Non-Filing User parties pursuant to LR 5.5:

DOCUMENT DESCRIPTION:          REPLY IN SUPPORT OF MOTION TO
                               DISMISS

ADDRESSED AS FOLLOWS:          See attached Service List

Under penalties provided by law, pursuant to 735 ILCS 5/1-109, the undersigned certifies that the statements made herein are true and correct.

　　　　　　　　　　　　　　　　　　　　　　　s/ Melissa A. Anderson_____

ARDC #:  6278723
CASSIDAY, SCHADE & GLOOR, LLP
20 N. Wacker Dr., #1040
Chicago, IL  60606
(312) 641-3100
6807628 MANDERSO;HEDWARDS