E-FILED
Monday, 09 January, 2006  02:33:01 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| CHARLES LEE GREEN<br><br>Plaintiff,<br><br>V.<br><br>ILLINOIS POWER COMPANY, Veta Rudolph Lieke, William "Bill" Pray, George Aufmuth, Myron Kumler, Ken Justice, Rod Hilburn, Mike Crandall, Francis Walsh International Brotherhood of Electrical Workers (IBEW) Local 51 And Travelers Property casualty Company of America<br><br>Defendants | )<br>)<br>)<br>)<br>)<br>) 05-2222 **FILED**<br>)<br>) JAN -9 2006<br>) JOHN M. WATERS, Clerk<br>) U.S. DISTRICT COURT<br>) CENTRAL DISTRICT OF ILLINOIS<br>) URBANA, IL<br>)<br>)<br>) |

The cause of action in this case raises an issue of federal law. Equitable relief sought.

**PLAINTIFF REQUEST LEAVE OF COURT TO FILE PLAINTIFF'S RESPONSE AND MOTION TO STRIKE TRAVELERS MOTION FOR LEAVE TO FILE REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS**

**Plaintiff request leave of court to file his Reply to defendants motion to dismiss.** Plaintiff is not sure if he should respond to this request since it is not permitted by law and the court did not order one. Pursuant to federal rules of civil procedure 7.1-3 and Local Rule 7.1 no reply brief shall be filed Therefore plaintiff request that Defendant Travelers Property casualty Company of America, f/k/a travelers indemnity Company of Illinois (Travelers). The above caption has been changed to satisfy Travelers name change and or alias **It will be an in justice for this court not to allow Plaintiff's response and allow Defendant's request. Plaintiff is being represented Pro Se.**

Respectfully submitted by,

*[signature]*

**Plaintiff,** Charles Green
Pro se
**520 Monterey
Danville, Illinois 61832**
**217-446-1724
January 6, 2005**

1

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| CHARLES LEE GREEN | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) 05-2222 |
| V. | ) |
| | ) |
| ILLINOIS POWER COMPANY, Veta Rudolph Lieke, | ) |
| William "Bill" Pray, George Aufmuth, Myron Kumler, | ) |
| Ken Justice, Rod Hilburn, Mike Crandall, Francis Walsh | ) |
| International Brotherhood of Electrical Workers (IBEW) | ) |
| Local 51 And Travelers Property casualty Company of America | ) |
| | ) |
| Defendants | ) |

The cause of action in this case raises an issue of federal law. Equitable relief sought.

## CERTIFICATE OF SERVICE

**Plaintiff certify that he served a copy of MEMORANDUM OF LAW, REQUEST FOR LEAVE OF COURT AND PLAINTIFF REQUEST LEAVE OF COURT TO FILE PLAINTIFF'S RESPONSE AND MOTION TO STRIKE TRAVELERS MOTION FOR LEAVE TO FILE REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS to Travelers Property casualty Company of America by US Mail on January 6, 2005.**

The pleadings were sent to Cassidy, Schade & Gloor, LLP, Attorneys At Law, 20 N. wacker Dr., suite 1040, Chicago Illinois 60606-2903.

Respectfully submitted by,

*[signature]*

**Plaintiff,** Charles Green
Pro se
**520 Monterey
Danville, Illinois 61832
217-446-1724
January 6, 2005**

1