E-FILED
Tuesday, 17 January, 2006 01:21:47 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **CHARLES LEE GREEN** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| | ) **05-2222** |
| **V.** | ) |
| | ) |
| **ILLINOIS POWER COMPANY, Veta Rudolph Lieke,** | ) |
| **William "Bill" Pray, George Aufmuth, Myron Kumler,** | ) |
| **Ken Justice, Rod Hilburn, Mike Crandall, Francis Walsh** | ) |
| **International Brotherhood of Electrical Workers (IBEW)** | ) |
| **Local 51 And Travelers Property casualty Company of America** | ) |
| | ) |
| **Defendants** | ) |

**FILED**

**JAN 17 2006**

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

The cause of action in this case raises an issue of federal law. Equitable relief sought.

### PLAINTIFF REQUEST LEAVE OF COURT TO FILE MEMORANDUM, PLAINTIFF'S RESPONSE AND MOTION TO STRIKE TRAVELER'S REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS

1.      **Plaintiff request leave of court to file his response motion to strike to Defendant's Reply in support of motion to dismiss.**  Plaintiff is not sure if he should respond to this request since it is not permitted by law and the court did not order one.  Pursuant to federal rules of civil procedure 7.1-3 and Local Rule 7.1 no reply brief shall be filed Therefore plaintiff request that Defendant Travelers Property casualty Company of America, f/k/a travelers indemnity Company of Illinois (Travelers).  The above caption has been changed to satisfy Travelers name change and or alias  **It will be an in justice for this court not to allow Plaintiff's response and allow Defendant's request.  It will also be an injustice if plaintiff is not allowed due process especially when arguing against such fraudulent and illegal documents.  Plaintiff is being represented Pro Se.**

2.      Twenty years ago, in McDonnell Douglas Corp. v Green, 411 US 792, 36 L Ed 2d 668, 93 S Ct 1817 (1973), this Court unanimously prescribed a "sensible, orderly way to evaluate the evidence" in a Title VII disparate-treatment case, giving both plaintiff and defendant fair

1

opportunities to litigate "in light of common experience as it bears on the critical question of discrimination." Furnco Construction Corp. v Waters, 438 US 567, 577, 57 L Ed 2d 957, 98 S Ct 2943 (1978). We have repeatedly reaffirmed and refined the McDonnell Douglas framework, most notable in Texas Depart. Of Community Affairs v Burdine, 450 US 248, 67 L Ed 2d 207, 101 S Ct 1089 (1981), another unanimous opinion. See also United States Postal Service Bd. Of Governors v Aikens, 460 US 711, 75 L Ed 2d 403, 103 S Ct 1478 (1983); Furnco supra.

3.    The portion of the 1866 Civil Rights Act codified in U.S.C.A- 1981 provides that "all person" shall have the same right to make and enforce contracts "as is enjoyed by white citizens". This Broad language reaches the employment "contract" but only proscribes "racial" discrimination.

4.    It is also unlawful for defendant to refuse to adopt known alternatives which have less discriminatory impact and serve equally well the employer's business purpose. Rowe v. Cleveland Pneumatic Co. (6th Cir. 1982). Impact of a subjective system on a class.

Respectfully submitted by,

**Plaintiff,** Charles Green
Pro se
**520 Monterey**
**Danville, Illinois 61832**
**217-446-1724**
**January 13, 2005**

2

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF ILLINOIS

CHARLES LEE GREEN                                    )
                                                     )
                          Plaintiff,                 )
                                                     )
                                                     )    05-2222
V.                                                   )
                                                     )
ILLINOIS POWER COMPANY, Veta Rudolph Lieke,          )
William "Bill" Pray, George Aufmuth, Myron Kumler,   )        **FILED**
Ken Justice, Rod Hilburn, Mike Crandall, Francis Walsh )
International Brotherhood of Electrical Workers (IBEW) )
Local 51 And Travelers Property casualty Company of America )   JAN 17 2006
                                                     )
                          Defendants                 )    JOHN M. WATERS, Clerk
                                                     )      U.S. DISTRICT COURT
                                                          CENTRAL DISTRICT OF ILLINOIS
                                                                 URBANA, IL

The cause of action in this case raises an issue of federal law. Equitable relief sought.


### CERTIFICATE OF SERVICE


Plaintiff certify that he served a copy of **CERTIFICATE OF SERVICE, MEMORANDUM OF LAW, REQUEST FOR LEAVE OF COURT AND PLAINTIFF'S RESPONSE AND MOTION TO STRIKE PROPERTY CASUALTY COMPANY OF AMERICA TRAVELERS REPLY IN SUPPORT OF MOTION TO DISMISS** to Travelers Property casualty Company of America by US Mail on January 13, 2005.

The pleadings were sent to Cassidy, Schade & Gloor, LLP, Attorneys At Law, 20 N. wacker Dr., suite 1040, Chicago Illinois 60606-2903.


Respectfully submitted by,

_signature_

**Plaintiff,** Charles Green
Pro se
**520 Monterey**
**Danville, Illinois 61832**
**217-446-1724**
**January 13, 2005**

1