AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**CHARLES LEE GREEN,**
    **Plaintiff**

vs.                                                                 Case Number:   **05-2222**

**ILLINOIS POWER COMPANY, et al.,**
    **Defendant.**

☐ **DECISION BY THE COURT.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this case is dismissed.

ENTER this 19th day of January, 2006.

s/ John M. Waters
JOHN M. WATERS, CLERK

s. M. Talbott
BY:  DEPUTY CLERK